UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAIROBY HERNANDEZ, Individually, and On Behalf of All Others Similarly Situated,

    Plaintiff,

-against-

VIVE ORGANIC, INC.,

    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/13/2023__

23 Civ. 159 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 9, 2023, Plaintiff, Mairoby Hernandez, moved for entry of default against Defendant, Vive Organic, Inc. ECF No. 10. On the same day, the Clerk of Court entered a certificate of default. ECF No. 12. Accordingly, by **March 24, 2023**, Plaintiff shall move for entry of default judgment in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: March 13, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge